as Successor Trustee, etc., of ROBERT WELDON, Deceased, and Another; Appellants, and THE CITY OF NEW YORK, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

GERTRUDE BATES, as Administratrix, etc., of JOSEPH BATES, Deceased, Respondent, v. ALLAN WILSON, etc., Appellant.— Order modified so as to reduce the amount to be paid by defendant on opening default to $250, and by striking out the requirement that no application shall be made for adjournment in the event of defendant's imprisonment under a conviction; and as thus modified the order is affirmed, without costs of this appeal. Jenks, P. J., Mills, Putnam and Kelly, JJ., concur; Blackmar, J., votes for affirmance.

BAY RIDGE THEATRE CORPORATION, Respondent, v. SOL BRILL and Others, Appellants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

ELSIE B. BENTON, Respondent, v. GEORGE B. BACKUS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Blackmar and Jaycox, JJ., concur; Rich, J., not voting.

ISIDOR BREGOFF, Respondent, v. HANS C. SONNE and Others, Appellants. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

ISIDOR BREGOFF, Respondent, v. HANS C. SONNE and Others, Appellants. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

CHARLOTTE CATTMAN, Respondent, v. JULIUS S. STONE, Appellant. (No. 1.) — Appeal from order of the County Court of Richmond county of January 30, 1920, granting leave to serve further affidavit dismissed, without costs. Acceptance of costs imposed as a condition waived any right of appeal. (Wood v. Richardson, 91 Hun, 332.) Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

CHARLOTTE CATTMAN, Respondent, v. JULIUS S. STONE, Appellant. (No. 2.) — Order of the County Court of Richmond county of March 3, 1920, affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

HENRY DAVIDSON, as Executor, etc., of CHARLES N. DAVIDSON, Deceased, Respondent, v. STEPHEN BULKLEY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

NATHAN EPSTEIN, Respondent, v. JOSEPH CORCOS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

IRVING C. FELLEMAN, Appellant, v. JAMES A. SUTHERLAND and ALFRED TURNER, Doing Business under the Firm Name of SUTHERLAND & COMPANY, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.